UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                            In Bankruptcy

**JOAN E. ODOM**                      *Case No.: 10-58905-TJT*
                                                       *Chapter 7*
                                                       *Honorable THOMAS J. TUCKER*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1.06 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| GE MONEY BANK<br>c/o Recovery Management Services<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 4 | $1.06 |

Dated: March 7, 2011

                                                                */s/ BASIL T. SIMON (P26340)*___
                                                                Chapter 7 Trustee
                                                                422 W. Congress, Suite 400
                                                                Detroit, MI 48226
                                                                313/962-6400
                                                                bsimon@sszpc.com